UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

LOUIS GEORGE EDGETT (01)
RANDELL WAYNE REID (04)
JAMES DARRELL REID (05)
CHRISTOPHER FREDERICK HARRIS (13)
DANNY DALE BROWN, JR. (14)

NO. 5:26-CR-027-H

**ORDER GRANTING**
**MOTION FOR CONTINUANCE OF TRIAL**

Upon consideration of the Government's Unopposed Motion for Continuance of Trial (Dkt. No. 320), the motion is granted. The trial is reset to January 4, 2027, at 9:00 a.m. in the United States District Court, Courtroom C-216, 1205 Texas Avenue, Lubbock, Texas 79401. The pretrial conference is reset to January 4, 2027, at 8:30 a.m. Pretrial motions and the defendant's discovery are due by December 7, 2026. Responses to any pretrial motions are due by December 21, 2026. Pretrial materials, as detailed in the Court's scheduling order, are due by December 28, 2026.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court may grant an "ends of justice" continuance at the request of a defendant or defendant's attorney if the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." One of the factors the court may consider in granting an "ends of justice" continuance is "[w]hether the failure to grant such a continuance . . . would deny

counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

For the reasons set out in the government's motion, the Court finds that the ends of justice served by the granting of a trial continuance outweigh the best interests of the public and the defendant in a speedy trial.

So ordered on September 24, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE